# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ | Case. No. 1:16-md-02742 (PKC) |
| IN RE: SUNEDISON, INC., SECURITIES LITIGATION | **NOTICE OF APPEARANCE** |
| _____ | |

PLEASE TAKE NOTICE that Michael G. Bongiorno of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendants TerraForm Global, Inc., TerraForm Global, LLC, TerraForm Power, Inc., and Peter Blackmore.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  December 12, 2016

 

WILMER CUTLER PICKERING HALE AND DORR, LLP

/s/ Michael G. Bongiorno_____

Michael G. Bongiorno
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212 937-7220
michael.bongiorno@wilmerhale.com

*Attorney for Defendants TerraForm Global, Inc., TerraForm Global, LLC; TerraForm Power, Inc., and Peter Blackmore*

## CERTIFICATE OF SERVICE

     I certify that on December 12, 2016, I served a true and correct copy of the foregoing Notice of Appearance in the above captioned matter using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

                                          /s/ Michael G. Bongiorno

ActiveUS 159962199v.1